CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

February 20, 2015

Honorable Brandon Birmingham
Presiding Judge
292nd Judicial District Court
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-35
Dallas, TX 75207

Re:  **STATUS INQUIRY**
      05-14-00596/00597-CR, Mickey Gerald v. The State of Texas

Dear Judge Birmingham:

On January 29, 2015, this Court ordered the trial court to appoint new counsel to represent appellant in these appeals. To date, we have not received the trial court's order appointing new counsel. Therefore, please notify us of the status of the order appointing new counsel within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

Sincerely,

/s/    Lisa Matz, Clerk

cc:    Dallas County District Attorney's Office

ltr:mrh